1 of 2



GoDaddy.com, LLC
14455 N. Hayden Rd.
Suite 219
Scottsdale, AZ 85260
(480) 505-8877

exhibit A

# Receipt

Date: Aug 1, 2016 9:53 PM

Receipt #: 1000318121
Customer #: 101900457

**Bill To:**
Daniel Silva
1760 glen laurel dr
Middleburg, FL 32068
United States
+1.9044150149

**Payment Information:**
PayPal ##############172J
Paid: $20.99

# Items

**Premium Online Store**
1989shirts.com

Item Number: 40966
Quantity: 1
Term: 1

MY online store I shutdown Due to Defendants Fraud.

A 2 of 2

List Price: $29.99
Purchase Price: $29.99
ICANN Fee: $0.00
Discount: $9.00
Subtotal: $20.99
Tax: $0.00
Total: $20.99

Subtotal: $20.99
Fees: $0.00
Taxes: $0.00

Total: $20.99 USD

