*exhibit B 1*

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86363039 | FILING DATE | 08/11/2014 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | OH, WON TEAK | L.O. ASSIGNED | 114 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 12/06/2017 |
| PUB DATE | 08/11/2015 |
| STATUS | 811-EXAMINER'S AMENDMENT - MAILED |
| STATUS DATE | 12/05/2017 |
| LITERAL MARK ELEMENT | 1989 |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | 1989 |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |
| NAME | TAS RIGHTS MANAGEMENT, LLC |
| ADDRESS | 718 THOMPSON LANE<br>SUITE 108256<br>NASHVILLE, TN 37204 |
| ENTITY | 16-LTD LIAB CO |


31

| CITIZENSHIP | Tennessee |
|---|---|

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 006 |
| DESCRIPTION TEXT | Metal key chains |
| INTERNATIONAL CLASS | 009 |
| DESCRIPTION TEXT | Sunglasses; cases for mobile phones; carrying cases specially adapted for electronic equipment, namely, mobile phones and mobile computers |
| INTERNATIONAL CLASS | 014 |
| DESCRIPTION TEXT | Jewelry; bracelets |
| INTERNATIONAL CLASS | 016 |
| DESCRIPTION TEXT | Stationery; blank journals; lithographs; art prints; photographs; posters; stickers and decalcomanias; decals; notebooks |
| INTERNATIONAL CLASS | 018 |
| DESCRIPTION TEXT | Backpacks; handbags; tote bags; all-purpose carrying bags |
| INTERNATIONAL CLASS | 020 |
| DESCRIPTION TEXT | Pillows |
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION TEXT | Beverageware; drinking glasses, namely, tumblers |
| INTERNATIONAL CLASS | 024 |
| DESCRIPTION TEXT | Towels; beach towels; blanket throws; bed blankets; bed linen; household linen; pillow covers |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION TEXT | Clothing, namely, jackets, coats, bandanas, headwear, caps, hats, gloves, scarves, sweatshirts, hooded pullovers, shirts, t-shirts, jerseys, footwear, and tops for children and adults; shoes |
| INTERNATIONAL CLASS | 028 |
| DESCRIPTION TEXT | Christmas tree ornaments and decorations; battery-activated toy LED light sticks |
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION TEXT | Retail and on-line retail store services featuring paper goods, household linens, home furnishings, cosmetics, toiletries, clothing, jewelry, key chains, bags, collectibles, memorabilia, toys, printed publications, and printed materials |
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION TEXT | Entertainment services, namely, conducting contests; Entertainment services, namely, providing a website featuring non-downloadable multi-media content in the fields of music and musical entertainment; Entertainment services, namely, providing a website featuring non-downloadable multi-media content relating to a musical artist; Entertainment services, namely, providing a website containing non-downloadable multi-media content featuring pre-recorded musical performances, stage performances, public appearances, photographs, and other information and multi-media materials relating to music and musical entertainment; Entertainment services, namely, providing a website containing non-downloadable multi-media content featuring pre-recorded musical performances, stage performances, public appearances, photographs, and other information and multi-media materials relating to a musical artist; Entertainment services, namely, providing a website featuring news and non-downloadable articles relating to music and musical entertainment; Entertainment services, namely, providing a website featuring news and non-downloadable articles relating to a musical artist |

## GOODS AND SERVICES CLASSIFICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 006 | FIRST USE DATE | 10/27/2014 | FIRST USE IN COMMERCE DATE | 10/27/2014 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 05/20/2015 | FIRST USE IN COMMERCE DATE | 05/20/2015 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 014 | FIRST USE DATE | 11/26/2014 | FIRST USE IN COMMERCE DATE | 11/26/2014 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | 12/11/2016 | FIRST USE IN COMMERCE DATE | 12/11/2016 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 018 | FIRST USE DATE | 10/27/2014 | FIRST USE IN COMMERCE DATE | 10/27/2014 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 020 | FIRST USE DATE | 11/27/2015 | FIRST USE IN COMMERCE DATE | 11/27/2015 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 12/11/2014 | FIRST USE IN COMMERCE DATE | 12/11/2014 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 024 | FIRST USE DATE | 07/01/2016 | FIRST USE IN COMMERCE DATE | 07/01/2016 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | 12/03/2016 | FIRST USE IN COMMERCE DATE | 12/03/2016 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | 11/26/2014 | FIRST USE IN COMMERCE DATE | 11/26/2014 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 035 | FIRST USE DATE | 10/27/2014 | FIRST USE IN COMMERCE DATE | 10/27/2014 | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 10/27/2014 | FIRST USE IN COMMERCE DATE | 10/27/2014 | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/05/2017 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 044 |
| 12/05/2017 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 043 |
| 12/05/2017 | GNEA | O | EXAMINERS AMENDMENT E-MAILED | 042 |
| 12/05/2017 | SNEA | W | SU-EXAMINER'S AMENDMENT WRITTEN | 041 |
| 11/20/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 040 |
| 11/20/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 039 |
| 11/16/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 038 |
| 05/17/2017 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 037 |

| Date | Code | | Description | No. |
|---|---|---|---|---|
| 05/17/2017 | GNRT | O | NON-FINAL ACTION E-MAILED | 036 |
| 05/17/2017 | CNRT | W | SU - NON-FINAL ACTION - WRITTEN | 035 |
| 04/26/2017 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 034 |
| 04/06/2017 | IUAF | S | USE AMENDMENT FILED | 033 |
| 04/06/2017 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 032 |
| 10/22/2016 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 031 |
| 10/21/2016 | EX2G | S | EXTENSION 2 GRANTED | 030 |
| 09/26/2016 | EXT2 | S | EXTENSION 2 FILED | 029 |
| 09/26/2016 | EEXT | I | TEAS EXTENSION RECEIVED | 028 |
| 09/26/2016 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 027 |
| 05/10/2016 | EXRA | E | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | 026 |
| 05/09/2016 | EX1G | S | EXTENSION 1 GRANTED | 025 |
| 04/06/2016 | EXT1 | S | EXTENSION 1 FILED | 024 |
| 05/06/2016 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 023 |
| 04/06/2016 | EEXT | I | TEAS EXTENSION RECEIVED | 022 |
| 10/06/2015 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 021 |
| 08/11/2015 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 020 |
| 08/11/2015 | PUBO | A | PUBLISHED FOR OPPOSITION | 019 |
| 07/22/2015 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 018 |
| 07/09/2015 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 017 |
| 07/07/2015 | ALIE | A | ASSIGNED TO LIE | 016 |
| 07/06/2015 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 015 |
| 06/15/2015 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 014 |
| 06/15/2015 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 013 |
| 06/08/2015 | ALIE | A | ASSIGNED TO LIE | 012 |
| 06/01/2015 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 011 |
| 05/29/2015 | WOAG | I | WITHDRAWAL OF ATTORNEY GRANTED | 010 |
| 05/29/2015 | WOAR | I | TEAS WITHDRAWAL OF ATTORNEY RECEIVED | 009 |
| 05/29/2015 | EWAF | I | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | 008 |
| 03/25/2015 | ASGN | I | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | 007 |
| 12/02/2014 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 12/02/2014 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 12/02/2014 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 11/25/2014 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 08/20/2014 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/14/2014 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | Natalya L. Rose |
| CORRESPONDENCE ADDRESS | NATALYA L. ROSE<br>MILOM HORSNELL CROW ROSE KELLEY PLC<br>3310 WEST END AVENUE, SUITE 610<br>NASHVILLE, TN 37203 |
| DOMESTIC REPRESENTATIVE | NONE |



## PRIOR OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 11-SUBSEQUENT OWNER BEFORE PUBLICATION |
| NAME | TAS RIGHTS MANAGEMENT, LLC |
| ADDRESS | 718 THOMPSON LANE<br>SUITE 108256<br>NASHVILLE, TN 37204 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Tennessee |
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Candlestick, LLC |
| ADDRESS | 1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Delaware |



# 1989

