TSDR now includes a Post Registration Maintenance Tab. When viewing a Registered mark, users will now find a new 3rd tab providing Post Registration information next to the "Status" and "Document" tabs, below the search text box. The tab will not appear if the mark is not registered.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

Generated on: This page was generated by TSDR on 2018-05-24 9:07:49 EST

**Trademark Docs:** 34

**Proceedings Docs:** click to load proceedings

**Assignments Docs:** click to load assignments

## Trademark Documents

*Exhibit C*    C1

| Select All | Create/Mail Date | Document Description | Document Type |
|---|---|---|---|
| ☐ | Apr. 11, 2018 | Change of Address | XML |
| ☐ | Jan. 16, 2018 | Registration Certificate | PDF |
| ☐ | Dec. 12, 2017 | Notice of Acceptance of Statement of Use | XML |
| ☐ | Dec. 12, 2017 | TRAM Snapshot of App at Pub for Oppostn | MULTI |
| ☑ | Dec. 06, 2017 | Amendment and Mail Process Complete | MULTI |
| ☐ | Dec. 05, 2017 | Examiners Amendment | XML |
| ☐ | Nov. 21, 2017 | Amendment and Mail Process Complete | MULTI |
| ☐ | Nov. 16, 2017 | Response to Office Action | MULTI |
| ☐ | Nov. 16, 2017 | Specimen | JPEG |
| ☐ | May 17, 2017 | Offc Action Outgoing | XML |
| ☐ | Apr. 27, 2017 | ITU Unit Action | MULTI |
| ☐ | Apr. 06, 2017 | Specimen | JPEG |
| ☐ | Apr. 06, 2017 | Statement of Use | MULTI |
| ☐ | Oct. 24, 2016 | ITU Unit Action | MULTI |
| ☐ | Oct. 22, 2016 | ITU Extension Approval | XML |
| ☐ | Sep. 26, 2016 | Extension of Time to File SOU | MULTI |
| ☐ | Sep. 26, 2016 | Change of Address | XML |
| ☐ | May 10, 2016 | ITU Extension Approval | XML |
| ☐ | May 10, 2016 | ITU Unit Action | MULTI |

37

| Select All ☐ | Create/Mail Date | Document Description | Document Type |
|---|---|---|---|
| ☐ | Apr. 06, 2016 | **Extension of Time to File SOU** | MULTI |
| ☐ | Oct. 06, 2015 | **Notice of Allowance** | XML |
| ☐ | Aug. 11, 2015 | **OG Publication Confirmation** | XML |
| ☐ | Jul. 22, 2015 | **Notice of Publication** | XML |
| ☐ | Jul. 22, 2015 | **Notification Of Notice of Publication** | XML |
| ☐ | Jul. 10, 2015 | **Publication & Issue Review Complete** | MULTI |
| ☐ | Jul. 07, 2015 | **TRAM Snapshot of App at Pub for Oppostn** | MULTI |
| ☐ | Jun. 16, 2015 | **Amendment and Mail Process Complete** | MULTI |
| ☐ | Jun. 01, 2015 | **Response to Office Action** | XML |
| ☐ | May 29, 2015 | **TEAS Withdrawal of Attorney** | XML |
| ☐ | May 29, 2015 | **Withdrawal of Attorney - firm retains** | XML |
| ☐ | Dec. 02, 2014 | **Offc Action Outgoing** | XML |
| ☐ | Nov. 25, 2014 | **XSearch Search Summary** | XML |
| ☐ | Aug. 11, 2014 | **Application** | MULTI |
| ☐ | Aug. 11, 2014 | **Drawing** | JPEG |

**Proceedings Documents - Click to Load**

**Assignments Documents - Click to Load**

