# Tennessee Secretary of State
Tre Hargett

Business Services | Charitable | Civics | Elections | Fantasy Sports | Publications | Library & Archives | Contact Us

Business Services Online > Find and Update a Business Record > Business Entity Detail

# Business Entity Detail

*Exhibit D* (handwritten)

| Available Entity Actions | File Annual Report (after 12/01/2018) <br> Certificate of Existence <br> More | Entity details cannot be edited. This detail reflects the current state of the filing in the system. <br><br> Return to the Business Information Search. |

**000658255: Limited Liability Company - Domestic**    **Printer Friendly Version**

| | | | |
|---|---|---|---|
| **Name:** | TAS Rights Management, LLC | | |
| **Status:** | Active | **Initial Filing Date:** | 05/12/2011 |
| **Formed in:** | TENNESSEE | **Delayed Effective Date:** | |
| **Fiscal Year Close:** | December | **AR Due Date:** | 04/01/2019 |
| **Term of Duration:** | Perpetual | **Inactive Date:** | |
| **Principal Office:** | 718 THOMPSON LN STE 108256 <br> NASHVILLE, TN 37204-3600 USA | | |
| **Mailing Address:** | 718 THOMPSON LN STE 108256 <br> NASHVILLE, TN 37204-3600 USA | | |
| **AR Exempt:** | No | **Obligated Member Entity:** | No |
| **Managed By:** | Member Managed | **Number of Members:** | 1 |

| Assumed Names | History | **Registered Agent** |

**Agent Name:** C T CORPORATION SYSTEM
**Agent Address:** 300 MONTVUE RD
KNOXVILLE, TN 37919-5546 USA

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
8:00 a.m. until 4:30 p.m. (Central)
Monday - Friday.
Directions | State Holidays | Methods of Payment

Business Filings and Information (615) 741-2286 | TNSOS.CORPINFO@tn.gov
Certified Copies and Certificate of Existence (615) 741-6488 | TNSOS.CERT@tn.gov
Motor Vehicle Temporary Liens (615) 741-0529 | TNSOS.MVTL@tn.gov
Notary Commissions (615) 741-3699 | TNSOS.ATS@tn.gov
Uniform Commercial Code (UCC) (615) 741-3276 | TNSOS.UCC@tn.gov
Workers' Compensation Exemption Registrations (615) 741-0526 | TNSOS.WCER@tn.gov
Apostilles & Authentications (615) 741-0536 | TNSOS.ATS@tn.gov
Summons (615) 741-1799 | TNSOS.ATS@tn.gov
Trademarks (615) 741-0531 | TNSOS.ATS@tn.gov

(39) (handwritten page marker)