# Taylor Swift's social media accounts go dark

*exhibit E*





By **Associated Press**

AUGUST 18, 2017, 2:37 PM | NEW YORK

Taylor Swift had a "blank space, baby" across social media Friday — and Swifties couldn't get enough of it.

There was no immediate word from the Swift camp on what happened Friday, but the "Blank Space" pop star is known for promotional trickery on her social streams ahead of major music drops.

In addition to Facebook, Twitter, Instagram and Tumblr, her website went dark and the hashtag "TS6IsComing" — as in her sixth album — was trending worldwide. Her profile pictures were also removed.

All of this comes days after federal jurors in Denver found a former radio host, David Mueller, assaulted and battered Swift during a meet-and-greet in 2013. And all of this also comes just ahead of the three-year anniversary of "1989," her last album.

**RELATED STORIES:** *last Day she sold anything with (1989) on it* (40)