middle District of florida

Daniel James Silva

Plaintiff

Against     Case number- 3:18-cv-00688-MMH-JRK

TAS RIGHTS MANAGEMENT, LLC

Defendant.

# Response to Motion for Protective order

Cover Page

1. The Defendant Tas Rights Management and Alison swift have committed perjury on no less than 67 trademark applications I have examples of (10) of such for trademarks

   1. 86838603
   2. 86369455
   3. 86607035
   4. 86369161
   5. 86607109
   6. 86838655
   7. 86363039
   8. 86607114
   9. 86838684
   10. 86838695

Being that all (67) trademarks consists of the number 1989 of the Hindu Arabic numeral system as its MAIN MARK ALL (67) are fraudulent by nature meaning <u>Ab initio</u> because it was illegal from the beginning and being that the defendant said live on television said on august 18th 2014 on live television quote ( and being born on December 13th 1989 this album is called 1989) as seen here



(https://www.youtube.com/watch?v=8fDlhMAeN9Y&index=3&t=0s&list=PLpsyEwtx2np_hDSFWNdMP8pHAGK9dyL2U)

between minutes 3:01 and 3:08, admitting the name of the album was the year 1989 and not her brand thus again proving the fraudulent nature of all marks with the number 1989 in them if one is fraudulent all is fraudulent.

2. So, the defendant made close to 500,000,000 million dollars over (67) fraudulent trademarks over the course of just over 4 years committing no less than 67 counts of <u>Perjury,</u> in all the trademarks that say 1989. In the trademarks (1989 world tour), in the registrants Registration Certificate it states (No claim is made to the exclusive right to use the following apart from the mark as shown: "WORLD TOUR" meaning all trademarks whether it is (lets party like its 1989), (1989), and (the 1989 world tour) only



claim the mark (1989) in all 67 of them thus all are fraudulent.
3. I have at (NO TIME) over the Couse of over 3 years of contact as I stated in an affidavit filed on 7-26-2018 docket number (dkt number 21) made any physical threats to Alison swift ,Doug Baldrige, Katie wright or Tas management, as for the accusation that I extorted the defendant all commutation made to the defendant and her council where (propaganda – information, especially of a biased or misleading nature, I did receive a call from TMZ who stated (even if we our interested in your story which they were not, court room information is public knowledge and thus no payment for exclusive rights would incur, also Douglas Baldrige stated illegal settlement by making patently absurd allegations) so how can you extort someone in accusations that are fabricated insanity as defendant's council has basically stated it is my right under the 7th amendment to

patently absurd allegations) so how can you extort someone in accusations that are fabricated insanity as defendant's council has basically stated it is my right under the 7th amendment to have a jury trial against someone who's fraudulent trademark cost me to lose income and revenue ( 15 U.S. Code § 1120 – Civil liability for false or fraudulent registration Any person who shall procure registration in the Patent and Trademark Office of a mark by a false or fraudulent declaration or representation, oral or in writing, or by any false means, shall be liable in a civil action by any person injured thereby for any damages sustained in consequence thereof.) my intentions although may be crude was to settle this case out of court be voluntary dismissing my case for the second time after a settlement has been reached, it is clear that the defendant and natalya L. Rose even though did commit perjury on 67 trademarks and on the



day trademark registration N0. 5380899(1989) Registration Date January 16, 2018, the mark had not been used by the defendant for over 3 months and from Friday august 18th 2017 till around June 1st was not actively selling any 1989 item on her site www.taylorswift.com until after the defendant was informed of my 3rd lawsuit against her filed on 5/25/2018 committing another 2 felonies 1st( 18 U.S. Code § 1503 – Influencing or injuring officer or juror generally section (A) -

Whoever corruptly, or by threats or force, or by any threatening letter or communication endeavors to influence, intimidate, or impede any grand or petit juror, or officer in or of any court of the United States, or officer who may be serving at any examination or other proceeding before any United States magistrate judge or other committing magistrate, in the



discharge of his duty, or injures any such grand or petit juror in his person or property on account of any verdict or indictment assented to by him, or on account of his being or having been such juror, or injures any such officer, magistrate judge, or other committing magistrate in his person or property on account of the performance of his official duties, or corruptly or by threats or force, or by any threatening letter or communication, influences, (**obstructs, or impedes, or endeavors to influence, obstruct, or impede, the due administration of justice**,) shall be punished as provided in subsection (b). If the offense under this section occurs in connection with a trial of a criminal case, and the act in violation of this section involves the threat of physical force or physical force, the maximum term of

imprisonment which may be imposed for the offense shall be the higher of that otherwise provided by law or the maximum term that could have been imposed for any offense charged in such case. And also (2 U.S. Code § 1985 - Conspiracy to interfere with civil rights) (2) Obstructing justice; intimidating party, witness, or juror

(If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or



indictment lawfully assented to by him, or of his being or having been such juror; **or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory,) with intent to deny to any citizen the equal protection of the laws),** or to injure him or his

property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws; Records will show that the section

**(https://store.taylorswift.com/info/the-old-taylor.html) (the old taylor)** was only put on (after) the lawsuit was filed giving the impression that she was selling 1989 items all the time a~~round 10 months after learning of the pending federal proceeding~~, even if the marks are not fraudulent the fact she took down all 1989 months ago and on the day the mark was granted no 1989 items on her site ~~these actions still violate both federal statues~~ *Still makes it FRAUD*

⑧

Herein.

4. The defendant's council states that in my last supplement I admitted to extortion I meant that it would give me an advantage after the court had determined that the marks were fraudulent because if the marks were fraudulent it,

would violate 15 U.S. Code § 1120 – Civil liability for false or fraudulent registration meaning the defendant would be forced to settle because if the mark was found fraudulent the defendant would lose 100 % in a jury trail i meant legal leverage as proscribed to me in 15 U.S. Code § 1120 I made no reference to concealing or threating if she did not pay me.

5. The defendant's council accuses me of Florida statue 836.05 its too bad that if I had committed extortion which I didn't, then the commutation would have been sent from Florida to Washington across state lines that involves a federal proceeding it would considered federal statue (18 U.S. code 875 (d) 18 U.S. Code § 875 - Interstate communications ( Whoever, with intent to extort from any person, firm,
association, or corporation, any money or other thing of value, transmits in interstate or foreign commerce any communication containing any threat to injure the property or reputation of the addressee or of another or the



reputation of a deceased person or any threat to accuse the addressee or any other person of a crime shall be fined under this title or imprisoned not more than two years, or both.) if your going to accuse me of a crime Douglas Baldridge at least state the right statue you stupid son of a bitch.

6. I don't admit to being guilty of any crime that Douglas Baldrige accused me of but I will state 2 facts 1st my identical twin brother <u>has Autism</u> being that both of us were in incubator for the first 6 weeks of our life a form of mental retardation so I may be have autism as well and 2nd I have not left my house in nearly 4 years the chance that I have <u>severe Bipolar disorder</u> was formerly called manic depression. It is a form of

major affective disorder, or mood disorder, defined by manic or hypomanic episodes (changes from one's normal mood accompanied by high energy states). Bipolar disorder is a serious condition. Mania often involves sleeplessness, sometimes for days, along with hallucinations, psychosis, grandiose delusions, or paranoid rage. In addition, depressive episodes can be more devastating and harder to treat than in people



depression only once in their life, while others have it several times in a lifetime.

7. When I look back on the improper commutation I have made with the defendant and her council u need to look at it in its context this is my 3rd lawsuit against the defendant spawning nearly 15 months now The first 2 cases I didn't make improper communications this is my 3rd lawsuit over 15 months and ive yet to get a hearing I think its starting to get to me mentally, I still believe in my heart the defendant committed fraud on trademark (1989) trademark registration N0. 5380899, am I the only one to think that owning the number 1989 of the hindu Arabic numeral system is fraudulent and illegal ?

8. For the potential alleged Felony, I committed the defendant and T.A.S management potentially committed (69) as it stands the defendant owns the number 1989 of the Hindu Arabic numeral system and has taken it out of the public domain mark 1989 is clearly fraudulent and swifts trademark lawyer Natalya I rose submitted fraudulent statement

to acquire the mark 1989 (perjury).

9. If the federal government did grant the mark 1989 registration N0. 5380899 fraudulently and illegally it would be (42 U.S. Code §1983) And I could potentially sue it for millions and millions of dollars for Granting a trademark that would violate my freedom of expression Of the love I have I have over the year I was born 1989 a violation of the 1st amendment of freedom of speech what's more important to the Government a potential weak case of extortion or 100 million dollars lawsuit for granting a trademark that violated my civil rights who knows maybe I could sign a waiver of rights to sue under the right conditions.

10. Emails cannot be taken as evidence in court of law. Emails are considered here say evidence in some jurisdictions but overall emails cannot be taken as evidence. One can create Emails using Microsoft Word, Publisher, etc., applications not send through internet. One can copy and paste the email headers/body including x-Originating IP Addresses, and other Meta Data without using/sending through email

servers in internet.

11. Emails can be automatically created using someone's personal information such as Name, Address, Telephone Number, and Signature in the body. There are online automated spam bots that does trace internet activates of billions of people and generate automatic auto mailer spam with real life information.

12. Example, when one sends an email using an email service such as yahoo mail, aol mail, Gmail, Hotmail, etc…..first that email captures the originating PC IP address. Then the email go through several email servers that captures their IP addresses. This is called the email is hopping through several email servers in different geographical locations that has multiple email server IP's. Finally email goes to the recipient with the last email hopped server information which does not really show the first originating email. In other words, emails has a tendency to change its data once it's originated from one place until it goes to the final recipient. One who really wants to put someone in

13

trouble can use online fake email sites to spoof your name and cyber harass/stalk that will get you into trouble because your name was on the email name. There are online email re-mailers that generate fake content based on online behavioral activities. Therefore, these emails cannot be taken as authentic. Therefore its impossible to determine without video proof who sends and receives emails and one cannot be charged with a felony, whos to say it wasn't an elaborate scheme to charge me with felony to hide the fact she committed many.

13. you can't prove that the owner of the email account sent mail to someone. anyone can get access to a password, login and send email from your account. Just because you own an email address doesn't make it like a hard copy signed with your signature.

Even if you track email, lets say you have a house party, how can you prove the owner of the email account sent email to someone if there are / were multiple people using a computer. It's not good evidence at all.



14. In order to commit extortion, the person guilty for such must threaten to expose a alleged crime if you look at (dkt 13) I had already accused the defendant and her company of the crimes Doug Baldrige claims I was threating to expose, the accusations where already made public for the publics eyes to witness additionally if you study the emails sent to the news agency's that's were supposedly interested in buying my story are 10 to 15 years old they were taken off a website that was many years old and 80 to 90 % are inactive.

15. it was an elaborate hoax with one simple goal to commit psychological warfare against the defendant and Doug Baldrige, now that I look back I can see that it wasn't the best thing to do but ace [There were] nonphysical baseless threats with no criminal intent although after consideration I decided not to contact the defendant or her council until appropriate time.



16. In ending Alison swift is an ESTP same as Alexander the Great and AL Capone there is no surrender with her I should know the last 3 years of psy warfare has made her into the strong women she was always meant to be ill have to drag her into the courtroom kicking and screaming for extortion to work You have to think that it would work on the victim you impose it on, I have already accused her of the crimes in open court so theres no extortion plus I had no expectation of her ever paying me anything useless it was a judgement after the trial now that extortion off the table as a crime I've committed, ill probably be charged with misdemeanor threats after the case is over, look at my point of view why would i commit a 2nd degree felony of extortion when once the trade mark 1989 is proven fraudulent I'm owned money by law it makes no since,

( 15 U.S. Code § 1120 – Civil liability for false or fraudulent registration

Any person who

16

a mark by a false or fraudulent declaration or representation,

oral or in writing, or by any false means, shall be liable in a civil

action by any person injured thereby for any damages

sustained in consequence thereof.)

    17. Under criminal law the intent to commit a criminal act is called (MENS REA) criminal intent is one of the key elements that must be established to convict someone of that crime, you can't extort money your owned by a statue of law

    ( 15 U.S. Code § 1120 – Civil liability for false or fraudulent registration see paragraph (16).



one last this how dare you post pictures of my family the ones I hold closest to my heart Doug Baldrige you're a fucking lowlife piece of shit you better hope nothing happens to me or my family due to your retarded attempt to accuse me of a crime I already told you they have a English father and you know who we are related too and you still post those pictures id hate to see what the Irish republicans would do to you if any harm came to me or my family for posting our pictures like that with such reckless disregard for our safety.

Daniel James Silva  PRO SE  _____  8/3/2018

Daniel Silva
1760 Ben Iaoki Dr
Middle Bns FL 32068
904-327-0901

Certificate of service

I hereby certify that on august 3rd 2018 a copy of the foregoing was

Was filed with the Clark of court using the courts cm/ecf system

A true and correct copy of the foregoing was sent to Douglas Baldrige

And Katie wright at