## Trademark/Service Mark Application, Principal Register

**Serial Number: 86838603**
**Filing Date: 12/03/2015**

### To the Commissioner for Trademarks:

**MARK:** 1989 (stylized and/or with design, see     )

The literal element of the mark consists of 1989.
The mark consists of the literal element "1989" appearing in a stylized manner.
The applicant, TAS Rights Management, LLC, a limited liability company legally organized under the laws of Tennessee, having an address of
718 Thompson Lane, Suite 108256
Nashville, Tennessee 37204
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 016:  Paper products, namely, notebooks, notepads, blank journals, blank writing journals, note paper, writing paper, writing paper pads, folders, envelopes, paper boxes, banners, paper party decorations, metallic paper party decorations, party ornaments, table cloths, gift bags, gift-wrapping paper, tags, gift tags, invitation cards; Printed products, namely, photographs, posters, calendars, prints, art prints, framed art prints, photographic prints, lithographic prints, pictorial prints, greeting cards, holiday cards, Christmas cards, printed invitations; Stickers; Decals; Decalcomanias; Wall stickers; Wall decals; Decals and stickers for use as home décor; Removable tattoo transfers; Temporary tattoo transfers; Stencils; Stationery; Writing instruments; Art supplies, namely, art paper, artists' brushes, paint brushes, painters' brushes, artists' pens, crayons, pencils, colored pencils, pencils for painting and drawing, chalks and writing implements, erasers, arts and craft paint kits, painting palettes, drawing boards, pen and pencil holders, pen and pencil cases, paint boxes, ink stamps, rubber stamps, stamp inks, stamp pads; Printed publications, namely, event programs; Printed publications, namely, souvenir programs relating to musical and entertainment events; Printed publications, namely, articles, books, booklets, book excerpts, brochures, guides, magazines and pamphlets relating to a musical artist and an entertainer; Printed publications, namely, articles, books, booklets, book excerpts, brochures, guides, magazines and pamphlets, in the field of music; Printed publications, namely, articles, books, booklets, book excerpts, brochures, guides, magazines and pamphlets, in the field of entertainment; Printed publications in the field of music, namely, music score books; Printed music books; Printed sheet music; Printed publications, namely, articles, books, booklets, book excerpts, brochures, guides, magazines and pamphlets, in the field of home decorating; Printed publications, namely, articles, books, booklets, book excerpts, brochures, guides, magazines and pamphlets, in the fields of performing and visual arts
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Attorney Information:
Natalya L. Rose of Milom Horsnell Crow Rose Kelley PLC

Suite 610
3310 West End Avenue
Nashville, Tennessee 37203
United States
The attorney docket/reference number is 114547.175-068A.

The applicant's current Correspondence Information:
Natalya L. Rose
Milom Horsnell Crow Rose Kelley PLC
Suite 610
3310 West End Avenue
Nashville, Tennessee 37203

*Exhibit A*

615.255.6161(phone)

trademarks@milomlaw.com;nrose@milomlaw.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Natalya L. Rose/   Date: 12/03/2015
Signatory's Name: Natalya L. Rose
Signatory's Position: Attorney for Applicant, Tennessee Bar Member
RAM Sale Number: 86838603
RAM Accounting Date: 12/04/2015

Serial Number: 86838603
Internet Transmission Date: Thu Dec 03 16:53:23 EST 2015
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2015120316532372
7316-86838603-540dfe77e3beced1e53e4abab1
90ba5b142b789e8de1c7bb1a7242f09dfaac1-CC
-3746-20151203164902146874

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86369455**
**Filing Date: 08/18/2014**

### To the Commissioner for Trademarks:

**MARK:** T.S. 1989 (Standard Characters, see     )
The literal element of the mark consists of T.S. 1989.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, College Crowds, LLC, a limited liability company legally organized under the laws of Maryland, having an address of
    7 Saint Paul Street, Suite 1000
    Baltimore, Maryland 21202
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 003:  Non-medicated toiletries; non-medicated preparations for the care of the skin, scalp, body and hair; cosmetics; fragrances; nail art stickers
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 006:  Metal key chains
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 009:  Downloadable audio files; sunglasses; musical video recordings; protective covers and cases for tablet computers; pre-recorded DVD's and CD's featuring performances by an individual; musical sound recordings; audio recordings featuring music; downloadable multimedia files featuring music; battery-activated light sticks; series of musical sound recordings; mouse pads; downloadable electronic game programs; musical sound recordings; video recordings featuring music; downloadable video recordings; downloadable musical sound recordings; digital music downloadable from the internet; video recordings; audio recordings; digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting music and musical entertainment; downloadable multimedia files containing audio, video, artwork, graphics, hypertext, text relating to music and musical entertainment; downloadable electronic newsletters delivered by e-mail in the fields of music, entertainment, and musical entertainment; downloadable ring tones for mobile phones
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 014:  Jewelry; clocks; charms; lapel pins
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 015:  Drumsticks; guitars; guitar straps; guitar picks
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 016:  Stationery; printed publications in the field of home decorating; blank journals; pencils; art prints; paper banners; posters; gift bags; decals; pens; sheet music; calendars; lithographs; tour book; greeting cards; notebooks; photographs; envelopes; folders; removable tattoo transfers; gift wrapping paper; paper party decorations; nail stencils; paper table cloths; song books
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 018:  Backpacks; leather and imitation leather key chains; all-purchase carrying bags
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).



International Class 020: Pillows; non-metal and non-leather key chains
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 021: Dinnerware; beverageware
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 022: Lanyards for holding keys
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 024: Towels; bed linen; kitchen linens; table linen; household linen; pillow covers
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 025: Belts for clothing; shoes; clothing, namely, dresses, coats, headbands, pajamas, bathrobes, aprons, headwear, gloves, hosiery, scarves, sweatshirts, shirts, jerseys, pants
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 026: Hair pins
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 028: Stuffed toys; puzzles; Christmas tree ornaments and decorations
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 035: Retail and on-line retail store services featuring paper goods, audio recordings, home furnishings, toiletries, jewelry, key chains, collectibles, bags, toys, household linens, memorabilia, cosmetics, printed publications, video recordings, clothing, printed materials, and digital media
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 041: Entertainment services, namely, conducting contests; providing a website for entertainment purposes featuring photos, news, videos, articles, pre-recorded musical performances, multimedia materials, reviews; entertainment services in the nature of live musical performances; fan club services; entertainment services, namely, providing information relating to music and musical entertainment via a global communications network; providing non-downloadable digital music via a global communications network
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Ashley Z. Crenshaw
    901 E. Cary Street
    Richmond, Virginia 23219
    United States

The applicant's current Correspondence Information:
    Ashley Z. Crenshaw
    901 E. Cary Street
    Richmond, Virginia 23219
    collegecrowds@gmail.com (authorized)

A fee payment in the amount of $5200 has been submitted with the application, representing payment for 16 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the

trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: Not Provided    Date: Not Provided
Signatory's Name: Not Provided
Signatory's Position: Not Provided
RAM Sale Number: 86369455
RAM Accounting Date: 08/19/2014

Serial Number: 86369455
Internet Transmission Date: Mon Aug 18 14:11:52 EDT 2014
TEAS Stamp: USPTO/BAS-XX.XX.XXX.X-201408181411528447
87-86369455-5001feef09d724cd836abdb57cbe
67be5e985f33ac0b6cea1d6559a659433e0a0a9-
CC-373-20140818135033336561

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86607035**
**Filing Date: 04/23/2015**

### To the Commissioner for Trademarks:

**MARK:** THE 1989 WORLD TOUR (stylized and/or with design, see      )

The literal element of the mark consists of THE 1989 WORLD TOUR.
The color(s) blue, pink and white is/are claimed as a feature of the mark. The mark consists of a stylized representation of the number "1989" and of the words "The," "World" and "Tour." The words "The," "World" and "Tour" appear in white and blue letters; the number "1989" appears in white and pink numerals.
The applicant, TAS Rights Management, LLC, a limited liability company legally organized under the laws of Tennessee, having an address of
   Suite 108256,
   718 Thompson Lane
   Nashville, Tennessee 37204
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 015:  Musical instruments; Accessories for musical instruments; Guitars; Guitar accessories; Guitar picks; Guitar straps; Drumsticks
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
   Natalya L. Rose of Milom Horsnell Crow Rose Kelley PLC

   Suite 610
   3310 West End Avenue
   Nashville, Tennessee 37203
   United States
The attorney docket/reference number is 114547.175-147E.

The applicant's current Correspondence Information:
   Natalya L. Rose
   Milom Horsnell Crow Rose Kelley PLC
   Suite 610
   3310 West End Avenue
   Nashville, Tennessee 37203
   615.255.6161(phone)
   trademarks@milomlaw.com;nrose@milomlaw.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Natalya L. Rose/   Date: 04/23/2015
Signatory's Name: Natalya L. Rose
Signatory's Position: Attorney for Applicant, Tennessee Bar Member
RAM Sale Number: 86607035
RAM Accounting Date: 04/23/2015

Serial Number: 86607035
Internet Transmission Date: Thu Apr 23 08:50:10 EDT 2015
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2015042308501090
2285-86607035-5305db65847d3213fe93263eb3
870213e5bc454cee13d4114668ea8dec5ab0e62c
-CC-9552-20150423084652717097



**Trademark/Service Mark Application, Principal Register**

**Serial Number: 86369161**
**Filing Date: 08/18/2014**

## To the Commissioner for Trademarks:

**MARK:** 1989 (Standard Characters, see       )
The literal element of the mark consists of 1989.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Candlestick, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    1800 Century Park East, 8th Floor
    Los Angeles, California 90067
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 009:  pre-recorded DVD's and CD's featuring performances by an individual; musical sound recordings; audio recordings featuring music; musical video recordings; series of musical sound recordings; musical sound recordings; video recordings featuring music; downloadable audio files; downloadable video recordings; downloadable musical sound recordings; downloadable ring tones for mobile phones; digital music downloadable from the internet; video recordings; audio recordings; digital media, namely, pre-recorded DVDs, downloadable audio and video recordings, and CDs featuring and promoting music and musical entertainment; downloadable multimedia files containing audio, video, artwork, graphics, hypertext, text relating to music and musical entertainment; downloadable multimedia files featuring music; downloadable electronic newsletters delivered by e-mail in the fields of music, entertainment, and musical entertainment
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 015:  Guitars; guitar straps; guitar picks
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 016:  Sheet music; song books; tour book
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 035:  Retail and on-line retail store services featuring audio recordings, video recordings, digital media
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

    International Class 041:  Entertainment services in the nature of live musical performances; providing a website for entertainment purposes featuring photos, videos, pre-recorded musical performances, reviews; fan club services; providing non-downloadable digital music via a global communications network; entertainment services, namely, providing information relating to music and musical entertainment via a global communications network
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    William Federspiel
    901 E. Cary Street
    Richmond, Virginia 23219
    United States

The applicant's current Correspondence Information:

William Federspiel
901 E. Cary Street
Richmond, Virginia 23219
candlestickllc@gmail.com (authorized)

A fee payment in the amount of $1625 has been submitted with the application, representing payment for 5 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

### Declaration Signature

Signature: Not Provided   Date: Not Provided
Signatory's Name: Not Provided
Signatory's Position: Not Provided
RAM Sale Number: 86369161
RAM Accounting Date: 08/18/2014

Serial Number: 86369161
Internet Transmission Date: Mon Aug 18 11:42:25 EDT 2014
TEAS Stamp: USPTO/BAS-XX.XX.XXX.X-201408181142252179
49-86369161-5004d6a7de13cabc4bd879fcc627
9e4390ad33ab3a2eb2ffbd17246b45518cbb4d-C
C-8231-20140818102643422196

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86607109**
**Filing Date: 04/23/2015**

### To the Commissioner for Trademarks:

**MARK:** THE 1989 WORLD TOUR (stylized and/or with design, see     )

The literal element of the mark consists of THE 1989 WORLD TOUR.

The color(s) blue, pink and white is/are claimed as a feature of the mark. The mark consists of a stylized representation of the number "1989" and of the words "The," "World" and "Tour." The words "The," "World" and "Tour" appear in white and blue letters; the number "1989" appears in white and pink numerals.

The applicant, TAS Rights Management, LLC, a limited liability company legally organized under the laws of Tennessee, having an address of
    Suite 108256,
    718 Thompson Lane
    Nashville, Tennessee 37204
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 035:  Retail services; On-line retail services; Computerized on-line ordering; Promotional services; Providing consumer information; Facilitating exchange of information

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    Natalya L. Rose of Milom Horsnell Crow Rose Kelley PLC

    Suite 610
    3310 West End Avenue
    Nashville, Tennessee 37203
    United States
The attorney docket/reference number is 114547.175-147O.

The applicant's current Correspondence Information:
    Natalya L. Rose
    Milom Horsnell Crow Rose Kelley PLC
    Suite 610
    3310 West End Avenue
    Nashville, Tennessee 37203
    615.255.6161(phone)

    trademarks@milomlaw.com;nrose@milomlaw.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

A 10

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Natalya L. Rose/   Date: 04/23/2015
Signatory's Name: Natalya L. Rose
Signatory's Position: Attorney for Applicant, Tennessee Bar Member
RAM Sale Number: 86607109
RAM Accounting Date: 04/23/2015

Serial Number: 86607109
Internet Transmission Date: Thu Apr 23 09:46:52 EDT 2015
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2015042309465284
7627-86607109-53052e99494f2b0353b59f8ac4
7babed9ce8ac71480b7ea1dbed65db9fb59238-C
C-9810-20150423094331840038

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86838655**
**Filing Date: 12/03/2015**

### To the Commissioner for Trademarks:

**MARK:** 1989 (stylized and/or with design, see        )

The literal element of the mark consists of 1989.

The mark consists of the literal element "1989" appearing in a stylized manner.

The applicant, TAS Rights Management, LLC, a limited liability company legally organized under the laws of Tennessee, having an address of
718 Thompson Lane, Suite 108256
Nashville, Tennessee 37204
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 025:  Tops; Tops for men and women; Athletic tops for men and women; Shirts; T-shirts; Dresses; Coats; Jackets; Ponchos; Vests; Sweaters; Sweatshirts; Pullovers; Hooded Pullovers; Jerseys; Bottoms; Bottoms for men and women; Pants; Jeans; Sweatpants; Shorts; Skirts; Loungewear; Lounge pants; Athletic bottoms for men and women; Sleepwear; Pajamas; Bathrobes; Swimwear; Cover-ups; Belts; Gloves; Scarves; Neckties; Shawls; Bandanas; Aprons; Headwear; Headbands; Wristbands; Hosiery; Footwear
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Attorney Information:
Natalya L. Rose of Milom Horsnell Crow Rose Kelley PLC

Suite 610
3310 West End Avenue
Nashville, Tennessee 37203
United States
The attorney docket/reference number is 114547.175-068B.

The applicant's current Correspondence Information:

Natalya L. Rose
Milom Horsnell Crow Rose Kelley PLC
Suite 610
3310 West End Avenue
Nashville, Tennessee 37203
615.255.6161(phone)

trademarks@milomlaw.com;nrose@milomlaw.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the

trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/s. application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the app. an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the appli. bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signa. believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to u. mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/serv. of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Natalya L. Rose/   Date: 12/03/2015
Signatory's Name: Natalya L. Rose
Signatory's Position: Attorney for Applicant, Tennessee Bar Member
RAM Sale Number: 86838655
RAM Accounting Date: 12/04/2015

Serial Number: 86838655
Internet Transmission Date: Thu Dec 03 17:18:50 EST 2015
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2015120317185097
0573-86838655-54018503eeed889fb6870d6634
5631bde64875d93c420d113e42ef14ff866c330-
CC-4244-20151203165745717545

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86363039**
**Filing Date: 08/11/2014**

### To the Commissioner for Trademarks:

**MARK:** 1989 (Standard Characters, see    )
The literal element of the mark consists of 1989.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Candlestick, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
   1800 Century Park East, 8th Floor
   Los Angeles, California 90067
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 003:  Non-medicated toiletries; non-medicated preparations for the care of the skin, scalp, body and hair; cosmetics; body lotion; bath gel; fragrances; perfume; eau de parfum; nail art stickers
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 006:  Metal key chains
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 009:  Sunglasses; protective covers and cases for tablet computers; cases for mobile phones; carrying cases specially adapted for electronic equipment, namely mobile devices and related equipment and accessories; fitted plastic films known as skins for covering and protecting electronic apparatus, namely mobile phones, tablets, laptop computers; and other portable media players; battery-activated light sticks; mouse pads; downloadable electronic game programs
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 014:  Jewelry; charms; bracelets; lapel pins; necklaces; earrings; clocks; watches; watch bands; watch straps
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 015:  Drumsticks
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 016:  Stationery; blank journals; pencils; pens; lithographs; art prints; photographs; event programs; posters; gift bags; stickers and decalcomanias; wall decals; decals; calendars; greeting cards; notebooks; envelopes; folders; gift wrapping paper; removable tattoo transfers; temporary tattoo transfers; metallic paper party decorations; paper party decorations; party ornaments of paper; paper party favors; banners of paper; table cloths of paper; printed publications in the field of home decorating; nail stencils
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 018:  Leather and imitation leather key chains; backpacks; handbags; tote bags; all-purchase carrying bags
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

   International Class 020:  Pillows; plastic key chains; non-metal and non-leather key chains
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on

*A14*

or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 021:  Dinnerware; beverageware; stemware; drinking glasses, namely, tumblers
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 022:  Lanyards for holding keys
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 024:  Towels; beach towels; blanket throws; bed blankets; bed sheets; bed linen; kitchen linens; table linen; household linen; pillow covers
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 025:  Clothing, namely, dresses, jackets, coats, headbands, bandanas, pajamas, bathrobes, aprons, headwear, caps, hats, visors, gloves, hosiery, scarves, sweatshirts, hooded pullovers, shirts, t-shirts, jerseys, shorts, pants, sweatpants, footwear, and tops for babies, children, and adults; belts for clothing; shoes
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 026:  Hair pins
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 028:  Plush toys; stuffed toys; stuffed toy bears; stuffed toy animals; puzzles; Christmas tree ornaments and decorations; Christmas stockings
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 035:  Retail and on-line retail store services featuring paper goods, household linens, home furnishings, cosmetics, toiletries, clothing, jewelry, key chains, bags, collectibles, memorabilia, toys, printed publications, and printed materials
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 041:  Entertainment services, namely, conducting contests; providing a website for entertainment purposes featuring news, articles, and multimedia materials
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    William Federspiel
    901 E. Cary Street
    Richmond, Virginia 23219
    United States

The applicant's current Correspondence Information:
    William Federspiel
    901 E. Cary Street
    Richmond, Virginia 23219
    candlestickllc@gmail.com (authorized)

A fee payment in the amount of $5200 has been submitted with the application, representing payment for 16 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the

applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: Not Provided    Date: Not Provided
Signatory's Name: Not Provided
Signatory's Position: Not Provided
RAM Sale Number: 86363039
RAM Accounting Date: 08/12/2014

Serial Number: 86363039
Internet Transmission Date: Mon Aug 11 15:48:29 EDT 2014
TEAS Stamp: USPTO/BAS-XX.XX.XXX.X-201408111548299689
54-86363039-500ce7fead31cf3736626ccb56e0
f29b37a3d93b5e17b0a7effc2e4d1c8431cd80-C
C-2323-20140811154620374250

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86607114**
**Filing Date: 04/23/2015**

### To the Commissioner for Trademarks:

**MARK:** THE 1989 WORLD TOUR (stylized and/or with design, see       )

The literal element of the mark consists of THE 1989 WORLD TOUR.
The color(s) blue, pink and white is/are claimed as a feature of the mark. The mark consists of a stylized representation of the number "1989" and of the words "The," "World" and "Tour." The words "The," "World" and "Tour" appear in white and blue letters; the number "1989" appears in white and pink numerals.
The applicant, TAS Rights Management, LLC, a limited liability company legally organized under the laws of Tennessee, having an address of
Suite 108256,
718 Thompson Lane
Nashville, Tennessee 37204
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 041: Entertainment services; Educational services; Public appearances; Non-downloadable content; Non-downloadable multi-media; Non-downloadable games; Electronic newsletters; Arranging and conducting contests and sweepstakes; Contests and sweepstakes services; Contests and sweepstakes provided via global communications networks; Fan club services
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
Natalya L. Rose of Milom Horsnell Crow Rose Kelley PLC

Suite 610
3310 West End Avenue
Nashville, Tennessee 37203
United States
The attorney docket/reference number is 114547.175-147P.

The applicant's current Correspondence Information:
Natalya L. Rose
Milom Horsnell Crow Rose Kelley PLC
Suite 610
3310 West End Avenue
Nashville, Tennessee 37203
615.255.6161(phone)
trademarks@milomlaw.com;nrose@milomlaw.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

A17

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Natalya L. Rose/  Date: 04/23/2015
Signatory's Name: Natalya L. Rose
Signatory's Position: Attorney for Applicant, Tennessee Bar Member
RAM Sale Number: 86607114
RAM Accounting Date: 04/23/2015

Serial Number: 86607114
Internet Transmission Date: Thu Apr 23 09:50:56 EDT 2015
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2015042309505617
6442-86607114-53067ae3cd847b5a3df946459c
b70b7a177611fb3582fae05739c7ce679276cba-
CC-9836-20150423094753667921

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86838684**
**Filing Date: 12/03/2015**

### To the Commissioner for Trademarks:

**MARK:** 1989 (stylized and/or with design, see      )

The literal element of the mark consists of 1989.
The mark consists of the literal element "1989" appearing in a stylized manner.
The applicant, TAS Rights Management, LLC, a limited liability company legally organized under the laws of Tennessee, having an address of
718 Thompson Lane, Suite 108256
Nashville, Tennessee 37204
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035:  Retail store services featuring a wide variety of consumer goods; On-line retail store services, namely, retail store services provided through electronic and digital means, featuring a wide variety of consumer goods; Computerized on-line ordering services featuring a wide variety of consumer goods; Retail store services featuring consumer products in the fields of music and musical entertainment; On-line retail store services featuring consumer products in the fields of music and musical entertainment; Computerized on-line ordering services featuring consumer products in the fields of music and musical entertainment; Retail store services featuring a wide variety of products relating to a musical artist and an entertainer; On-line retail store services featuring a wide variety of products relating to a musical artist and an entertainer; Computerized on-line ordering services featuring a wide variety of products relating to a musical artist and an entertainer; Providing consumer information regarding the selection of products and services to be purchased; Providing consumer information regarding membership club services; Facilitating the exchange of information to assist in the selection of products and services to be purchased
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The applicant's current Attorney Information:
Natalya L. Rose of Milom Horsnell Crow Rose Kelley PLC

Suite 610
3310 West End Avenue
Nashville, Tennessee 37203
United States
The attorney docket/reference number is 114547.175-068C.

The applicant's current Correspondence Information:
Natalya L. Rose
Milom Horsnell Crow Rose Kelley PLC
Suite 610
3310 West End Avenue
Nashville, Tennessee 37203

615.255.6161(phone)

trademarks@milomlaw.com;nrose@milomlaw.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A19

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Natalya L. Rose/   Date: 12/03/2015
Signatory's Name: Natalya L. Rose
Signatory's Position: Attorney for Applicant, Tennessee Bar Member
RAM Sale Number: 86838684
RAM Accounting Date: 12/04/2015

Serial Number: 86838684
Internet Transmission Date: Thu Dec 03 17:30:24 EST 2015
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2015120317302473
3460-86838684-54020f1e2c28e7ff3ba4328355
78f97f682838402c81bc466398e5bb7fc96fea7-
CC-4426-20151203172018895632

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86838695**
**Filing Date: 12/03/2015**

### To the Commissioner for Trademarks:

**MARK:** 1989 (stylized and/or with design, see          )

The literal element of the mark consists of 1989.
The mark consists of the literal element "1989" appearing in a stylized manner.
The applicant, TAS Rights Management, LLC, a limited liability company legally organized under the laws of Tennessee, having an address of
    718 Thompson Lane, Suite 108256
    Nashville, Tennessee 37204
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 041:  Entertainment services in the nature of live musical performances; Entertainment, namely, live music concerts; Entertainment, namely, live stage performances in the nature of interviews with a musical artist and entertainer, for entertainment purposes; Entertainment, namely, live stage performances in the nature of musical and theatrical productions; Entertainment services, namely, public appearances by a musical artist and entertainer; Entertainment services, namely, providing a website featuring non-downloadable multi-media content, audio recordings, video recordings and audio-visual content, in the fields of entertainment, music and musical entertainment; Entertainment services, namely, providing a website featuring non-downloadable multi-media content, audio recordings, video recordings, and audio-visual content, relating to a musical artist and entertainer; Entertainment services, namely, providing information relating to entertainment, music and musical entertainment; Entertainment services, namely, providing information relating to a musical artist and entertainer; Entertainment services, namely, providing information relating to entertainment, music and musical entertainment via global communications networks; Entertainment services, namely, providing information relating to a musical artist and entertainer via global communications networks; Entertainment services, namely, providing a website featuring news and non-downloadable articles relating to entertainment, music and musical entertainment; Entertainment services, namely, providing a website featuring news and non-downloadable articles relating to a musical artist and entertainer; Providing non-downloadable electronic publications in the nature of articles in the fields entertainment, music and musical entertainment; Providing non-downloadable electronic publications in the nature of articles relating to a musical artist and entertainer; Educational services, namely, live and online programs in the fields of entertainment, music, musical entertainment and topics of general interest, accessible via audio, video, radio, television, satellite, electronic communications, telephone communications and digital transmission networks; Educational services, namely, continuing programs, classes, conferences, coaching, lectures, educational meetings, camps, retreats, seminars, educational summits, educational symposiums, training programs, workshops, self-guided classes and self-guided online courses of instruction, in the fields of entertainment, music and musical entertainment, and distribution of materials in connection therewith; Providing non-downloadable electronic educational publications, namely, articles, books, booklets, book excerpts, brochures, guides, magazines and newsletters, multi-media content, and audio and video recordings in the fields of entertainment, music and musical entertainment; Providing instruction in the fields of entertainment, music and musical entertainment via global communication networks; Providing non-downloadable music via global communications networks; Providing non-downloadable electronic multi-media content featuring pre-recorded musical performances, stage performances, public appearances, news, photographs, and other information and multi-media materials relating to music and musical entertainment; Providing non-downloadable electronic multi-media content featuring pre-recorded musical performances, stage performances, public appearances, news, photographs, and other information and multi-media materials relating to a musical artist; On-line journals in the nature of blogs in the fields of music and entertainment; On-line journals in the nature of blogs relating to a musical artist and entertainer; On-line journals in the nature of blogs on the topics of general human interest; Providing temporary use of non-downloadable computer games; Providing temporary use of non-downloadable electronic games; Non-downloadable electronic newsletters in the fields of music and entertainment; Non-downloadable electronic newsletters relating to a musical artist and entertainer; Non-downloadable electronic newsletters on the topics of general human interest; Arranging and conducting contests and sweepstakes; Arranging and conducting contests and sweepstakes services provided via global communications networks; Fan club services
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

A21

or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 021:  Dinnerware; beverageware; stemware; drinking glasses, namely, tumblers
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 022:  Lanyards for holding keys
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 024:  Towels; beach towels; blanket throws; bed blankets; bed sheets; bed linen; kitchen linens; table linen; household linen; pillow covers
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 025:  Clothing, namely, dresses, jackets, coats, headbands, bandanas, pajamas, bathrobes, aprons, headwear, caps, hats, visors, gloves, hosiery, scarves, sweatshirts, hooded pullovers, shirts, t-shirts, jerseys, shorts, pants, sweatpants, footwear, and tops for babies, children, and adults; belts for clothing; shoes
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 026:  Hair pins
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 028:  Plush toys; stuffed toys; stuffed toy bears; stuffed toy animals; puzzles; Christmas tree ornaments and decorations; Christmas stockings
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 035:  Retail and on-line retail store services featuring paper goods, household linens, home furnishings, cosmetics, toiletries, clothing, jewelry, key chains, bags, collectibles, memorabilia, toys, printed publications, and printed materials
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 041:  Entertainment services, namely, conducting contests; providing a website for entertainment purposes featuring news, articles, and multimedia materials
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant's current Attorney Information:
  William Federspiel
  901 E. Cary Street
  Richmond, Virginia 23219
  United States

The applicant's current Correspondence Information:
  William Federspiel
  901 E. Cary Street
  Richmond, Virginia 23219
  candlestickllc@gmail.com (authorized)

A fee payment in the amount of $5200 has been submitted with the application, representing payment for 16 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the

The applicant's current Attorney Information:
Natalya L. Rose of Milom Horsnell Crow Rose Kelley PLC

Suite 610
3310 West End Avenue
Nashville, Tennessee 37203
United States
The attorney docket/reference number is 114547.175-068D.

The applicant's current Correspondence Information:

Natalya L. Rose
Milom Horsnell Crow Rose Kelley PLC
Suite 610
3310 West End Avenue
Nashville, Tennessee 37203
615.255.6161(phone)

trademarks@milomlaw.com;nrose@milomlaw.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Natalya L. Rose/  Date: 12/03/2015
Signatory's Name: Natalya L. Rose
Signatory's Position: Attorney for Applicant, Tennessee Bar Member
RAM Sale Number: 86838695
RAM Accounting Date: 12/04/2015

Serial Number: 86838695
Internet Transmission Date: Thu Dec 03 17:34:01 EST 2015
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2015120317340143
8138-86838695-5403fc549aec2d34175a3190cb
36c28da87f19088ee199b7c4221114c29548b-CC
-4489-20151203173205331717