UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL JAMES SILVA,

        Plaintiff,

vs.                                                     Case No. 3:18-cv-688-J-34JRK

TAS RIGHTS MANAGEMENT, LCC,

        Defendant.
_____/

## O R D E R

A **hearing** on Defendant's Motion for Protective Order (Doc. No. 22), filed July 31, 2018, is set before the undersigned on **Thursday, August 16, 2018 at 2:00 p.m.**, at the Bryan Simpson United States Courthouse, 300 North Hogan Street, Courtroom No. 5D, Fifth Floor, Jacksonville, Florida. Plaintiff Daniel James Silva shall **personally appear**.[1] Counsel for Defendant may appear telephonically by calling the Court's teleconferencing service at 1-888-684-8852 at least five minutes before the hearing is scheduled to begin. The access code is 2745123; the security code is 0806.

**DONE AND ORDERED** at Jacksonville, Florida on August 6, 2018.

JAMES R. KLINDT
United States Magistrate Judge

bhc
Copies to:

Pro Se Party
Counsel of Record

---

[1] The parties are reminded that photo identification is required to enter the United States Courthouse. In addition, cellular telephones and laptop computers are generally prohibited in the Courthouse. Counsel only may bring personal electronic devices into the United States Courthouse as provided for in the General Order (Doc. No. 1), No. 6:13-mc-94-Orl-22, signed September 26, 2013 and entered October 1, 2013. The device(s) must be on silent mode while in the courtroom.