## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| *DANIEL JAMES SILVA*, : | |
| : | |
| **Plaintiff,** : | |
| v. : | Case No. 3:18-cv-00688-MMH-JRK |
| : | |
| *TAS RIGHTS MANAGEMENT, LLC,* : | |
| : | |
| **Defendant.** : | |

### REPLY IN FURTHER SUPPORT OF
### DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant respectfully submits this Reply in further support of Defendant's Motion For Protective Order ("Motion"), and states:

1. On July 31, 2018, Defendant filed the Motion seeking an order prohibiting Plaintiff from continuing to engage in the inappropriate conduct described in the Motion. (Doc. 22).

2. On August 3, 2018, Plaintiff filed his: (i) Motion to Recuse (Doc. 24); (ii) Motion for Declaratory Judgment (Doc. 25); (iii) Supplement (Doc. 26); and (iv) Response to Motion for Protective Order ("Plaintiff's August 3 Filings.").

3. Without further elaboration, Plaintiff's August 3 Filings only confirm Plaintiff's threats, use of improper language, and admissions of illegal conduct.

2

WHEREFORE, Defendant respectfully requests that its Motion be granted.[1]

August 6, 2018                                    Respectfully Submitted,

/s/ *J. Douglas Baldridge*
J. Douglas Baldridge
Florida Bar Number: 0708070
Venable LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4000
FAX: (202) 344-8300
E-mail: jdbaldridge@venable.com

*Attorney for Defendant*
*TAS Rights Management, LLC*

---

[1] Defendant will move to dismiss this frivolous action when its responsive pleading is due and will, among other substantive reasons, make more specific arguments in support of dismissal based upon Plaintiff's conduct and admissions.

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on August 6, 2018 a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system. A true and correct copy of the foregoing was also sent by first-class mail to Daniel James Silva, 1760 Glen Laurel Drive, Middleburg, FL 32068.

/s/ *J. Douglas Baldridge*
J. Douglas Baldridge