**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**DANIEL JAMES SILVA,**

                        **Plaintiff,**

**vs.**                                              Case No. 3:18-cv-688-J-34JRK

**TAS RIGHTS MANAGEMENT, LLC,**

                        **Defendant.**

| **Plaintiff:** | Daniel James Silva, Pro Se |
| --- | --- |
| **Counsel for Defendant:** | James Douglas Baldridge, Esquire (appearing telephonically) |

| **JUDGE** | James R. Klindt U.S. Magistrate Judge | **DATE AND TIME** | 8/16/2018 2:22 p.m. - 3:58 p.m. |
| --- | --- | --- | --- |
| **DEPUTY CLERK** | Megan Chaddock | **TAPE/REPORTER** | Digital |

CLERK'S MINUTES

**PROCEEDINGS:** MOTION HEARING RE: DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DOC. NO. 22)

<u>Also present for Defendant (telephonically):</u>
    Katie Wright
    Jesse Schaudies

Defendant's Motion for Protective Order (Doc. No. 22) is **GRANTED.**

**Order to enter.**